Mary Vlcek et al., appellants, v. Burlington Elevator Company et al., appellees.

Filed February 7, 1930. No. 27037.

James J. Krajicek and Votava & McGroarty, for appellants.

Kennedy, Holland, De Lacy & McLaughlin and John F. Moriarty, contra.

Heard before Goss, C. J., Rose, Dean, Good, Thompson, Eberly and Day, JJ.

Per Curiam.

Plaintiffs brought this action to enjoin the erection of an elevator by defendant Burlington Elevator Company, and certain other industrial buildings by defendant Omaha Flour Mills. It is alleged that in 1924 the property upon which defendants proposed to erect such buildings was placed in what is known as a residential district under the terms of the city zoning ordinance, which ordinance was amended in 1929 to permit the property in question to be used for industrial purposes. A separate demurrer was filed on behalf of each defendant. The district court for Douglas county sustained the demurrers and plaintiffs have appealed.

We have carefully considered the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.